No. 183. TREMONT LUMBER CO. *v*. POLICE JURY OF THE PARISH OF WINN ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Mr. John C. Theus* for appellant. No appearance for appellees.

No. 199. WORKMAN *v*. BOONE ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Messrs. Robert M. Clarke, Don G. Bowker, Arthur R. Smiley, Alexander T. Sokolow,* and *Henry S. Mackay, Jr.,* for appellant. *Mr. David R. Faries* for appellees.

No. 200. WORKMAN ET AL. *v*. BOONE ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Mr. Robert M. Clarke, Don G. Bowker, Arthur R. Smiley, Alexander T. Sokolow,*